UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE LOCAL UNION 589 SUPPLEMENTAL PENSION PLAN, TRUSTEES OF THE WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN, TRUSTEES OF THE LOCAL UNION 598 PLUMBING & PIPEFITTING INDUSTRY HEALTH & WELFARE FUND, TRUSTEES OF THE EASTERN WASHINGTON-NORTHEAST OREGON AREA PLUMBERS, STEAMFITTERS AND REFRIGERATOR FITTERS APPRENTICESHIP TRUST, and TRUSTEES OF THE LABOR-MANAGEMENT COOPERATION TRUST,<br><br>    Plaintiffs,<br><br>  v.<br><br>RAM PIPING INDUSTRIES, INC., a Washington Corporation,<br><br>    Defendant. | No. CV-07-5021-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** comes before the Court on the Plaintiffs' Motion for Order of Dismissal Without Prejudice, Ct. Rec. 19.  Pursuant to the parties' Stipulated Order of Dismissal Without Prejudice, Ct. Rec. 19-2,

**IT IS HEREBY ORDERED:**

1. The Plaintiffs' Motion For Order of Dismissal Without Prejudice, **Ct. Rec. 19**, is **GRANTED**.

ORDER OF DISMISSAL- 1

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is **DISMISSED WITHOUT PREJUDICE** and without an award of sanctions, costs, or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this  6th  day of March, 2008.

                               s/ Fred Van Sickle
                                   Fred Van Sickle
                             United States District Judge

ORDER OF DISMISSAL- 2